UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GANESH MALDONADO ROSENBERG<br><br>Plaintiff,<br><br>v.<br><br>RTC INDUSTRIES, INC. and MARK JERRAM<br><br>Defendants. | CIVIL ACTION No.<br>1:19-cv-00414-JJM-LDA |

## MOTION TO WITHDRAW

Pursuant to Local Rule 206, Uma Chandrasekaran and Sara Sweeney hereby move to withdraw as counsel for the Defendants, RTC Industries, Inc. and Mark Jerram. As grounds for this Motion, counsel states that there are currently no motions pending before this Court, there is no trial date, and successor counsel has already entered an appearance on behalf of RTC Industries, Inc. (Dkt. #23 & 24) and Mark Jerram (Dkt. #26 & 27).

WHEREFORE, Uma Chandrasekaran and Sara Sweeney respectfully request that this Court grant their Motion to Withdraw as counsel for the Defendants.

Respectfully submitted,

SEYFARTH SHAW

By: /s/ Sara E. Sweeney
Sara E. Sweeney (#7841)
ssweeney@seyfarth.com
SEYFARTH SHAW
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: (617) 946-8381
Fax: (617) 439-3648

Uma Chandrasekaran (admitted *pro hac vice*)

63906260v.1

uchandrasekaran@seyfarth.com
SEYFARTH SHAW
Willis Tower
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Tel:  (312) 460-5214
Fax: (312) 460-7214

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to Plaintiff's attorneys as indicated below:

| | |
|---|---|
| Mark P. Gagliardi | Michael J. Willemin |
| Law Office of Mark P. Gagliardi | Lindsay M. Goldbrum |
| Wayland Square | Wigdor LLP |
| 201 Wayland Avenue, Suite 8 | 85 Fifth Avenue |
| Providence, RI 02906 | New York, NY 10003 |
| Tel: (401) 277-2030 | Tel: (212) 257-6800 |
| Fax: (401) 277-2021 | Fax: (212) 257-6845 |
| mark@markgagliardilaw.net | mwillemin@wigdorlaw.com |
| | lgoldbrum@wigdorlaw.com |

and to successor counsel as indicated below:

Stacie Collier
Jessica Schachter Jewell
Nixon Peabody
1 Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
sbcollier@nixonpeabody.com
jsjewell@nixonpeabody.com


| | |
|---|---|
| Providence, Rhode Island | By: /s/ Sara E. Sweeney |
| | Sara E. Sweeney (#7841) |
| | ssweeney@seyfarth.com |
| | SEYFARTH SHAW |
| | Seaport East |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210 |
| | Tel:  (617) 946-8381 |

63906260v.1

Fax: (617) 439-3648

Uma Chandrasekaran (admitted *pro hac vice*)
uchandrasekaran@seyfarth.com
SEYFARTH SHAW
Willis Tower
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Tel:  (312) 460-5214
Fax: (312) 460-7214

3

63906260v.1